# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-7071** | **September Term, 2023** |
| | 1:14-cv-01904-EGS-ZMF |
| | **Filed On:** January 3, 2024 |

Eugene Nyambal,

    Appellant

    v.

Allied Barton Security Services, LLC,

    Appellee

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
    Daniel J. Reidy
    Deputy Clerk